## EASTERN APPRAISAL SERVICES v. STATE OF NORTH CAROLINA

No. 239P95

Case below: 118 N.C.App. 692

Motion by defendants (State of NC, James E. Long and NC Insurance Guaranty Association) to dismiss the appeal for lack of substantial constitutional question allowed 5 October 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

## FCR GREENSBORO, INC. v. C & M INVESTMENTS

No. 355P95

Case below: 119 N.C.App. 575

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 1995.

## FIRST HEALTHCARE CORP. v. RETTINGER

No. 230A95

Case below: 118 N.C.App. 600

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 October 1995.

## FOSTER v. BOISE CASCADE

No. 330P95

Case below: 119 N.C.App. 798

Parties' joint motion to withdraw petition for discretionary review allowed 5 October 1995.

## GOVERNMENT EMPLOYEES INS. CO. v. NEW SOUTH INS. CO.

No. 367P95

Case below: 119 N.C.App. (15 August 1995)

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.